

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Tedros Mickial WITHERS,<br><br>　　　　Defendant. | Magistrate Case No. **23mj3096-AHG**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Attempted Transportation of Illegal Alien |

　　The undersigned complainant, being duly sworn states:

　　On or about August 23, 2023, within the Southern District of California, Defendant Tedros Mickial WITHERS, did attempt to transport an illegal alien, namely Karla Natalia MERINO-Garcia, knowing or in reckless disregard of the fact that an alien has to come to, entered or remains in the United States in violation of law; in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

　　And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th of August 2023.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Karla Natalia MERINO-Garcia, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 23, 2023, at approximately 11:56 P.M., Tedros Mickial WITHERS (Defendant), a United States Citizen, applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry vehicle primary lanes, as the driver of an Audi TT bearing California license plates, accompanied by one female passenger. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a photo of his California Identification card on his cellular phone as his entry document, and a California Identification card for the female passenger bearing the name of G.S.V, later identified as Karla Natalia MERINO-Garcia. The Defendant stated he was going to Los Angeles, California with nothing to declare from Mexico. The CBP officer conducted a facial comparison of the California Identification card and suspected MERINO-Garcia was not the rightful owner of the document presented. The CBP Officer asked MERINO-Garcia if she had her birth certificate with her, in which she stated no. The CBP Officer then asked the Defendant if he was related to MERINO-Garcia, in which the Defendant stated they were related through marriage. The Defendant and MERINO-Garcia were secured and escorted to the security office for further Investigation.

In the security office, it was determined MERINO-Garcia was not the rightful owner of the document presented. MERINO-Garcia was determined to be a citizen of Mexico without legal documents to enter the United States and was held as a Material Witness.

On August 24, 2023, at approximately 2:30 A.M., Defendant was advised of his Miranda rights and declined to make a statement by nodding his head and appeared to be asleep. The Defendant refused to sign any documents presented to him. Defendant would nod his head to the side, informing us he would not sign documents presented.

During a video-recorded interview, the Material Witness stated she is a citizen and national of Mexico without lawful documents to enter or reside in the United States. The Material Witness stated she was paying $40,000 USD to be smuggled into the United States. Material Witness stated she was to be driven to Los Angeles, California where she was going to live with her aunt.